[Civ. No. 9448.   Third Dist.   Oct. 7, 1958.]

MARILYN H. HARDY, Respondent, v. JOHN C. HARDY
et al., Defendants; EUGENE D. HARDY, Appellant.

Eugene D. Hardy in pro. per., and George G. Tyler for
Appellant.

John G. Robertson and Tebbe & Correia for Respondent.

PEEK, Acting P. J.—The facts and circumstances out of
which this appeal arises are set forth in detail in *Hardy* v.
*Hardy, ante,* page 77 [330 P.2d 278], and hence it is un-
necessary to restate the same.

The first contention of defendant, Eugene D. Hardy, who
alone appeals, is that it was beyond the jurisdiction of the
trial court to award attorney fees and costs to plaintiff on
appeal. In the prior appeal we held that the order of the trial
court awarding attorney fees and costs to plaintiff to be paid
by Eugene as trustee out of John's interest in the trust estate
was reasonable and proper. The rationale of our conclusion in
the prior appeal relative to attorney fees and costs in the
divorce proceeding is likewise applicable to the question of
such fees and costs on appeal.

Defendant makes one further contention—that in any
event the order of the trial court was against Eugene as an in-
dividual and hence improper. There can be no question that
Eugene appeared in all of the proceedings only in his capacity
as trustee and not individually. If it be necessary to modify
the judgment as entered, then it would appear that this is a

proper case for the application of section 956a of the Code of Civil Procedure.

It is therefore ordered that the order heretofore entered by the trial court be modified by adding the words, "as Trustee under the Will of Mary C. Hardy, Deceased," following the name Hardy as it appears on page 54, line 5, of the clerk's transcript on appeal. As so modified, the order is affirmed. The plaintiff is to recover costs.

Schottky, J., and Warne, J. pro tem.,* concurred.

*Assigned by Chairman of Judicial Council.